IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALE JEROME McCANTS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:08cv783-TMH |
| | ) |
| LOUIS BOYD, WARDEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #12) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #12) of the Magistrate Judge is ADOPTED. The petition pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice to allow Petitioner to complete exhaustion of available state remedies. An appropriate judgment will be entered.

Done this 30th day of December, 2008.

/s/ **Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE